# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF LANCASTER, | : | |
|     Appellant, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHELL'S DISPOSAL AND | : | |
| RECYCLING, INC., | : | No. 12-4498 |
|     Appellee. | : | BANKRUPTCY APPEAL |

## ORDER

**AND NOW**, this **3rd** day of **January, 2013**, upon consideration of Appellant City of Lancaster's Brief, and Appellee Shell's Disposal and Recycling, Inc.'s Brief, and for the reasons stated in the Court's Memorandum dated January 3, 2013, it is hereby **ORDERED** that:

1. The Bankruptcy Court's Order Confirming Plan is **AFFIRMED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**